UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OLASAPO OGUNMOKUN and MANZOOR      15-CV-06143 (NGG) (VMS)
MUMIN individually and on behalf of all others
similarly situated,

                        Plaintiffs,            NOTICE OF MOTION TO
                                                   STAY PROCEEDINGS
                        v.

UBER TECHNOLOGIES, INC. and RAISER, LLC,

                        Defendants.
-----------------------------------------------------------------X


PLEASE TAKE NOTICE that, upon the accompanying declaration and memorandum of law, and upon all the pleadings and proceedings had herein, Plaintiffs OLASAPO OGUNMOKUN and MANZOOR MUMIN, individually and on behalf of all others similarly situated, will move the Court before the Honorable Nicholas G. Garaufis at the United States District Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, at a time and place to be determined by the court, for an order to Stay Proceedings pending the determination issued by the Judicial Panel on Multidistrict Litigation on a motion for transfer and consolidation of related cases.


Dated:   New York, New York
            January 11, 2016

                                                         /s/   Marie Napoli
                                                            Marie Napoli, *Esq*.
                                                            *Attorney for Plaintiffs*