UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANZOOR MUMIN and VITOR MALLH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No: 1:15-cv-06143 (NGG) (VMS)<br><br>**NOTICE OF MOTION TO COMPEL INDIVIDUAL ARBITRATION, DISMISS PLAINTIFF VICTOR MALLH'S CLAIMS, AND STRIKE PLAINTIFF'S CLASS ALLEGATIONS** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Compel Individual Arbitration, Dismiss Plaintiff Victor Mallh's Claims, and Strike Plaintiff's Class Allegations, dated April 11, 2016, the supporting Declaration of Michael Colman, and the exhibits annexed thereto, and the pleadings and proceedings had herein, Defendants Uber Technologies, Inc., and Rasier, LLC, by their attorneys, will move this Court, before the Honorable Nicholas G. Garaufis, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date to be set by the Court, for an order compelling individual arbitration, dismissing Plaintiff Victor Mallh's claims with prejudice, and striking Plaintiff's class allegations, along with such other and further relief as the Court may deem just and proper.

///

///

///

///

///

///

Date: April 11, 2016
New York, New York

/s/ Andrew M. Spurchise
David M. Wirtz
Andrew M. Spurchise
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY  10022.3298
212.583.9600

*Attorneys for Defendants*

-2-