UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MANZOOR MUMIN, et al.,

      Plaintiffs,     JOINT RULE 26(f) REPORT

 -against-

UBER TECHNOLOGIES, INC., et al.,    15-CV-6143 (NGG) (JO)

      Defendants.
---------------------------------------------------------------X

## INITIAL CONFERENCE QUESTIONNAIRE

| | | |
|---|---|---|
| 1. | Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): | May 22, 2017 |
| 2. | Deadline for first request for production of documents and first request for interrogatories: | June 30, 2017 |
| | 2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: | plaintiff(s) 0; defendant(s) 0 |
| 3. | Date for completion of any joinder of additional parties and amendment of the pleadings: | July 11, 2017 |
| | 3(a). Number of proposed additional parties to be joined, if any, by: | plaintiff(s) 0; defendant(s) 0 |
| 4. | Number of depositions by plaintiff(s) of: | parties 7; non-parties 3 |
| 5. | Number of depositions by defendant(s) of: | parties 7; non-parties 3 |
| 6. | Date of status conference (joint status report due two business days in advance: | October 26, 2017 |
| 7. | Date for completion of factual discovery: | Class Certification Discovery: February 28, 2018; Merits Discovery: 120 days after ruling on motion for class certification. |
| 8. | Are expert witnesses needed? | Yes X (trial only) No |

1

|     |       |                                                                                                                                                                                                         |                                                                                                                                                         |
| --- | ----- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | 8(a). | Number of expert witness, if any, of plaintiff(s):                                                                                                                                                      | medical 0; non-medical 2                                                                                                                                |
|     | 8(b). | Date for completion of those expert reports:                                                                                                                                                            | 30 days after close of post-certification discovery.                                                                                                    |
|     | 8(c). | Number of expert witnesses, if any, of defendant(s):                                                                                                                                                    | medical 0; non-medical 2                                                                                                                                |
|     | 8(d). | Date for completion of those expert reports:                                                                                                                                                            | 30 days after close of post-certification discovery.                                                                                                    |
|     | 8(e). | Date for completion of rebuttal expert reports:                                                                                                                                                         | 45 days after deadline for completion of expert reports.                                                                                                |
| 9.  |       | Date for completion of expert discovery:                                                                                                                                                                | 30 days after exchange of rebuttal expert reports.                                                                                                      |
| 10. |       | Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance):                                                                            | TBD.                                                                                                                                                    |
| 11. |       | Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions:                                                                                                        | Cross-summary judgment motions and class certification motion / motion to deny class certification: May 30, 2018. |
| 12. |       | Types of contemplated dispositive motions by defendant(s) and dates for filing of those motions:                                                                                                        | See above.                                                                                                                                              |
| 13. |       | Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)                                                                                 | Yes X  No                                                                                                                                               |
| 14. |       | Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)                             | Yes  No X                                                                                                                                               |
| 15. |       | Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)? (If any party declines to consent, answer no but do not indicate which party declined.)         | Yes __  No X                                                                                                                                            |